UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MARTINEZ PEDRAZA, | Case No. CV 14-2932 JC |
| Petitioner, | JUDGMENT |
| v. | |
| M. BITER, | |
| Respondent. | |

    Pursuant to this Court's Memorandum Opinion and Order Denying Petition for Writ of Habeas Corpus and Dismissing Action, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

    IT IS SO ADJUDGED.

DATED: March 3, 2016

                                                    /s/
                                     Honorable Jacqueline Chooljian
                                     UNITED STATES MAGISTRATE JUDGE